

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **MISDEMEANOR INFORMATION** |
| | : | |
| v. | : | CRIMINAL NO. 5:25-MJ-_____ |
| | : | |
| ANDREW RAY MURPHY | : | VIOLATIONS: |
| | : | 18 U.S.C. 641 |
| | : | |

THE ACTING UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**(Theft of Government Property)**

On or about September 11, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**ANDREW RAY MURPHY**

willfully and knowingly did steal, conceal and retain stolen property of the United States, that is a Covert brand Code Black Cellular- Capable Camera with MEID/IMEI 01511700515150 and ICCID 8901170327853821069, with intent to convert said property to his own use, knowing that said property to have been stolen, in violation of Title 18, United States Code, Section 641.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By: _/s/ Leah E. McEwen_____

LEAH McEWEN
ASSISTANT UNITED STATES ATTORNEY

1